1  MCGREGOR W. SCOTT
   United States Attorney
2  LAURA L. FERRIS
   Assistant U.S. Attorneys
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2932

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,    )
11                              )    CR. No. 99-341 GEB
           Plaintiff,           )
12                              )
        v.                      )
13                              )    MOTION TO UNSEAL AND DISMISS
   ANA SARKIN KHTRIAN,          )    INDICTMENT AND ARREST WARRANT
14                              )    FILED AGAINST DEFENDANT KHTRIAN
           Defendant.           )
15 _____)

16
       Plaintiff United States of America, by and through its
17
   undersigned counsel, moves to unseal and then, pursuant to Fed. R.
18
   Crim. P. 48, to dismiss the Indictment and arrest warrant in the
19
   above-captioned action filed on August 13, 1999.  With respect to
20
   the motion to unseal, there is no longer any need to keep the
21
   filings secret.  With respect to the motion to dismiss, the
22
   defendant has been a fugitive for a number of years and this passage
23
   of time has resulted in the loss of witnesses and unavailability of
24
   documents such that the government will not be able to pursue the
25
   prosecution.  Accordingly, the government respectfully
26
   / / /
27
   / / /
28
                                   1

requests that the Court unseal and dismiss the Indictment and then recall the outstanding arrest warrant.

DATED: January 30, 2008                    MCGREGOR W. SCOTT
                                           United States Attorney


                                    By:    /s/ Laura L. Ferris
                                           LAURA L. FERRIS
                                           Assistant U.S. Attorney


ORDER

Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the Indictment filed against Ana Sarkis Khtrian, on August 13, 1999, is hereby unsealed and dismissed, and that the related arrest warrant is hereby recalled.

**IT IS SO ORDERED.**

Dated:  February 13, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2